IN THE MATTER OF THE TRANSFER INHERITANCE TAX ASSESSMENT IN THE ESTATE OF CHARLES F. WALLACE, DECEASED.

JOSEPH C. CORNWALL AND FIDELITY UNION TRUST COMPANY, A NEW JERSEY BANKING CORPORATION, EXECUTORS OF THE LAST WILL AND TESTAMENT OF CHARLES F. WALLACE, DECEASED, APPELLANTS-RESPONDENTS, v. WILLIAM KINGSLEY, ACTING DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY, STATE OF NEW JERSEY, RESPONDENT-APPELLANT.

Argued December 16, 1968—Decided January 20, 1969.

*Mr. Elias Abelson,* Assistant Attorney General, argued the cause for respondent-appellant (*Mr. Arthur J. Sills,* Attorney General of New Jersey, attorney; *Mr. Thaddeus Robert Zochowski,* Deputy Attorney General, on the brief).

*Mr. F. Earl Walter, Jr.* argued the cause for appellants-respondents (*Messrs. Shanley & Fisher,* attorneys; *Mr. John Kandravy,* of counsel and on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Gaulkin in the Appellate Division. 100 *N. J. Super.* 485 (1968).

*For affirmance*—Justices JACOBS, PROCTOR, HALL, SCHETTINO and HANEMAN.—5.

*For reversal* — None.